In the Matter of BARRETT REYHAN McVARY, an Attorney. [44 NYS3d 778]—

Per Curiam. Barrett Reyhan McVary was admitted to practice by this Court in 2010 and lists a business address in Washington, DC with the Office of Court Administration. McVary now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose McVary's application.

Upon reading the affidavit of McVary sworn to September 13, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that McVary is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Peters, P.J., Egan Jr., Devine, Clark and Aarons, JJ., concur. Ordered that Barrett Reyhan McVary's application to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Barrett Reyhan McVary's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Barrett Reyhan McVary shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.